UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GARY MAYER,

Plaintiff,

v.

NEXTEL WEST CORPORATION,

Defendant.

Civil No. 00-1469 (DSD/JMM)

ORDER FOR PRETRIAL CONFERENCE

TO: Plaintiff above named and to George E. Antrim, III, Esq., Krause & Rollins, 310 Groveland Avenue, Minneapolis, MN 55403, attorneys for Plaintiff;

Defendant above named and to Robert C. Castle, Esq., Oppenheimer, Wolff & Donnelly, 3400 Plaza VII Building, 45 South Seventh Street, Minneapolis, MN 55402, attorneys for Defendant.

IT IS HEREBY ORDERED that counsel for Plaintiff shall cause a copy of this Order to be served upon any other parties or counsel not listed above.

I. DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on August 30, 2000 at 2:00 p.m. before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

II. MEETING, REPORTS AND DISCLOSURES REQUIRED

A. Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person no later than August 21, 2000 to discuss settlement, and to prepare

Filed JUL 27 2000
Francis E. Dosal, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________

the Report required by Rule 26(f) and Local Rule 16.2.

B. If the case does not settle, no later than August 23, 2000, counsel shall jointly prepare and file with the Clerk of Court a complete written Report of the Rule 26(f) meeting. A copy of the Report shall also be delivered to chambers of this Court, Room 610, 316 North Robert Street, St. Paul, Minnesota, no later than August 23, 2000. The Report shall be prepared in accordance with Local Rule 16.2, and in the form prescribed in Form 3 of the Local Rules of this Court.

C. Any party may also submit to chambers a Letter/Memorandum concerning settlement, which may be confidential between the Court and that party.

D. If all counsel wish to hold the pretrial conference by telephone, please make that request by calling Calendar Clerk Katherine Haagenson, (651) 848-1190, after filing the Rule 26(f) Report.

E. If a party consents to have this matter tried before a Magistrate Judge, individual counsel are requested to sign the enclosed form by August 30, 2000 and send it directly to:

Connie Baker
Calendar Clerk to Judge David S. Doty
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: July 27, 2000

JOHN M. MASON
United States Magistrate Judge

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

______________________ District of ______________________

Plaintiff
V.

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number:

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to ______________________ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

______________ Date

______________________ United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.