UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GARY MAYER,

Plaintiff,

v.

NEXTEL WEST CORPORATION,
d/b/a Nextel Communications,

Defendant.

CIVIL NO. 00-1469 (DSD/JMM)

ORDER/NOTICE OF HEARING

PLEASE TAKE NOTICE that oral argument on Plaintiff's Motion to Compel Discovery [Docket No. 8] has been rescheduled, at the Court's request, to be heard before the undersigned on **June 28, 2001 at 2:00 p.m.** in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: June 18, 2001

JOHN M. MASON
United States Magistrate Judge

FILED JUN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______